IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Criminal Action No. 03-cr-00371-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TINA LYNN ROYBAL,

    Defendant.

---

### ORDER

---

    This matter is before me on the letter of defendant, attached as Exhibit A, asking that I modify her sentence to allow home confinement because of the extraordinary circumstances created by the death of her sister. As a consequence, allegedly in no one in her family, other than an 88-year-old grandmother, provides supervision for her 4 minor daughters.

    Defendant's request that I intervene is without any legal basis. Fed. R. Crim. P. 35 does not afford any legal method by which I could reduce her sentence. The only other legal basis for modifying her sentence is controlled by the Bureau of Prisons. It is statutorily authorized to move for a reduction in the case of "extraordinary and compelling reasons" warranting any such reduction. 18 U.S.C. § 3582(c).

    By copy of this order I am advising defendant's defense counsel and the Bureau

of Prisons that they should investigate whether defendant's circumstances justify a motion pursuant to § 3582(c).

Otherwise, I construe defendant's letter as a petition or motion to modify or reduce her sentence. I am without jurisdiction to consider any such reduction or modification without motion from the Bureau of Prisons. I therefore deny defendant's motion.

DATED at Denver, Colorado, on October 30, 2006.

BY THE COURT:

s/ Walker D. Miller
United States District Judge

Tina Lynn Roybal   #32694-013
Federal Prison Camp
37930 North 45th Avenue
Phoenix, Arizona   85086


Honorable Judge Walker D. Miller
U.S. Courthouse
901 19th Street
Denver, Colorado   80201

Ref:03-CR-371-WM-02

Your Honor,

    I am writing to request that I be considered for home confinement or an electronic monitor for the remainder of my sentence. I understand I am responible for completing the terms of my sentence, yet I ask you to take under consideration the above request.

    Sir, my only sister who was the primary caregiver and caretaker of my four minor children suddenly passed away on July 4, 2006. Because of my clear conduct and good work record I was immediately upgrade to community custody and furlough to Denver to handle her funeral and family affairs. My daughters are still too young to care for themselves so they are in the care of my 88 year old grandmother. My mother is also deceased. My children's father had a major CVA-stroke in July 2005 and gait disturbances is unable to care for himself. My address is: 3234 Josephine Street Denver, Colorado 80205. This address is for my grandma's house. I strongly believe this is a tragedy, in this extreme circumstance I feel I need to be home to care for my grandma and my daughters.

    Your Honor, while on pre-trail for twenty months I never missed any appointments, all urine analysis tests were clean and I never had any police contact before I self-surrendered. I also maintained employment.

    While at the camp I have complete several programs received certificates for Parenting Class, Life Skills and Creative Writing. I have also completed and continue to take college courses. All the pre-release classes assigned to me have been completed. Currently, I am the lead clerk for the food service division at the prison camp.

    With your consideration, upon my release I will immediately obtain fulltime employment so that I am able to provide for my family. Also, I will abide by by all conditions of supervised release. I am fully

prepared to have any additional time added to my supervised probation.

Your Honor, I am requesting an opportunity to be productive responsible mother and individual. After all my children have been through, they desperately need me at home.

Thank you for this opportunity to be heard. Thank you for you consideration. Please contact me if you should require any additional information. I look forward to your response.


Sincerly,

*Tina L. Roybal* (signature)

Tina L. Roybal

## CERTIFICATE OF MAILING

    I hereby certify that I mailed a true and correct copy of Judge Miller's October 30, 2006 order this 30th day of October, 2006, to:

Tina Lynn Roybal
Reg. No. 32694-013
37930 North 45th Ave.
Phoenix, AZ 85086

Bureau of Prisons
37930 North 45th Ave.
Phoenix, AZ 85086

Harvey Steinberg
Springer & Steinberg
1600 Broadway #1200
Denver, CO 80202

Jane Trexler
Judicial Assistant