IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Criminal Action No.  03-cr-00371-WDM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

TINA ROYBAL,

      Defendant.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

      Hearing on the supervised release violation will be held **November 23, 2009, at 2:00 p.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.


Dated: September 24, 2009

                                           s/ Jane Trexler, Judicial Assistant